## Ondovchik *v.* Ondovchik, Appellant.

Argued March 17, 1966. Before MUSMANNO, JONES, COHEN, EAGEN, O'BRIEN and ROBERTS, JJ.

*George M. Weis,* with him *Weis & Weis,* for appellant.

*James P. Gill,* with him *E. O. Spotts,* and *Spotts, Gill, Gavin & Morrow,* for appellee.

OPINION PER CURIAM, April 19, 1966:

The issues raised by this appeal were resolved in *Ondovchik v. Ondovchik,* 411 Pa. 643, 192 A. 2d 389 (1963), and that decision has become the law of the case. See *Delaware River Port Auth. v. Pennsylvania P.U.C.,* 408 Pa. 169, 182 A. 2d 682 (1962) ; *Reamer's Estate,* 331 Pa. 117, 200 Atl. 35 (1938).

Judgment affirmed.